UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARSHA STANLEY, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 04-cv-4262-JPG |
| JONATHAN MURPHY and KENNETH MILLER, | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

**GILBERT, District Judge**

The Court having received a Stipulation For Dismissal signed by counsel for the parties indicating that the above action has been settled;

IT IS ORDERED that this action is hereby dismissed with prejudice, without costs.

**IT IS SO ORDERED.**

Dated: October 4, 2005

                                                  s/ J. Phil Gilbert
                                                **U. S. District Judge**