UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARSHA STANLEY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JONATHAN MURPHY and )<br>KENNETH MILLER, )<br>)<br>Defendants. ) | Case No. 04-cv-4262-JPG |

### JUDGMENT IN A CIVIL CASE

**GILBERT, U. S. District Judge:**

The Court having received a Stipulation For Dismissal signed by counsel for the parties indicating that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated:   October 4, 2005

NORBERT JAWORSKI, CLERK

By:   s/Judith Prock
Deputy Clerk


APPROVED: s/ J. Phil Gilbert
         U. S. DISTRICT JUDGE